UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN HARDY,<br><br>   Plaintiff,<br><br>   v.<br><br>ROMERO, et al.,<br><br>   Defendants. | No. 2:25-cv-2638 CSK P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee of $350.00 plus the $55.00 administrative fee.[1] See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff is provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the required fees totaling $405.00.

In addition, plaintiff failed to sign the complaint. (ECF No. 1.) Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Thus, the court is unable to consider plaintiff's complaint

///

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $55.00 administrative fee.

1

unless he signs and re-files the complaint bearing his signature.  Plaintiff is provided an opportunity to re-file his complaint bearing his signature.

Plaintiff is cautioned that failure to comply with this order will result in a recommendation that this action be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $405.00.

2. Within thirty days from the date of this order, plaintiff shall re-file a <u>signed</u> complaint.

3. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

4. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated: September 17, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/hard2638.3a(CDCR)+