IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTIN HARDY,** | Case No. 2:25-cv-2638 CSK P |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| **v.** | |
| **ROMERO, et al.,** | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se.  The Attorney General's Office specially appeared in this matter on behalf of defendant Ibarra to request a first extension of the deadline for defendant Ibarra to execute a service waiver.  Good cause appearing, IT IS HEREBY ORDERED that:

1.  The first request for extension of time in which to execute a service waiver for defendant Ibarra (ECF No. 21) is GRANTED.

2.  Defendant Ibarra shall have until April 23, 2026, to execute a waiver of service.

Dated:  April 8, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/hard2638.eot